Michael P Behringer<br>
████████<br>
Cos Cob, CT ████<br>
October 14, 2011

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    <u>Joseph Skowron, III</u>

Dear Judge Cote:

    I am Michael Behringer, and my family and I have known Joseph "Chip" Skowron III and his family since 2004.  From 2004-2008, we lived next door to the Skowrons. My family members are close friends of Chip, his wife Cheryl, their children and the extended Skowron family.  We've celebrated holidays together, vacationed together, rejoiced in the births of our children and mourned at the passing of loved one's during that time.   The Skowrons are family to us.

    I would like to share with you my experiences with Chip and his family. I have always considered Chip to be a good husband and a model-father, a respected member of our neighborhood community, an exceptionally generous and giving person, and a loyal friend.  Chip has always been someone I could call upon for anything, large or small.  He is a giving man.

    Chip and his family moved to a new neighborhood in 2009.  That year, I underwent an ████████ ████████ and was in bed for an extended period of time recuperating.  Always a doctor, Chip checked in on me regularly, taking time off from work during the day, and time away from family at night, to make sure I was doing well and recuperating.  Importantly, he made sure that my wife and children were managing well while I was laid up.

    That same year, ████████████████████████████ At 2:30 in the morning - he was the only person I thought to call. He answered the phone: ████████ I'll be right over."  He rushed to our house and checked on ████████████. He stayed at our house through the night, watching over, feeding and entertaining our 4 year old daughter and 2 year old son until their grandparents arrived the next morning. We couldn't thank him enough, and when we did, he told us he was honored to be the one to get the call.

    But that was very typical for Chip. He is generous and giving of himself to his family and others. He's most well known for his commitment to AmeriCares where he has led fundraising and raised awareness for the group's mission as a Board Member and Chairman of its annual fund raising event. Chip is equally as passionate about giving back to our local community. Chip is a regular church-goer at St Catherine's, my family's church, and a strong supporter of the church's events and programming.  He

has been involved at the local public school where his children attended class. He is always the first to help a neighbor in need.

Chip was a father before me. I always admired and emulated his parenting skills. He has raised four wonderful children. They are caring children with strong character – the type you want your children to play with and emulate. I attribute that to Chip's parenting. He is a strong influence in their lives, and has helped shape them into wonderful and compassionate children. He is the centerpiece of their lives, and their family. I know that their separation from their father, will be devastating to them.

I've had opportunity to spend a great deal of time with Chip since this case has been brought. He is accepting of his actions and willing to take responsibility for them. I admire that. He has relied greatly upon his faith in God to help him through this time. He has told me several times that he believes this case to be part of God's plan for him. He is looking to find the positive in his situation. I have absolutely no doubt that Chip will use this experience to help others – just as he always has through his life.

Chip is a good man. He is doctor. A humanitarian. A good father. A great neighbor. And a loyal friend. As long as I have known him, he has tried to do right by others and give back to the community.

I hope this letter sheds some insight into the Chip I know, his character and his family. I hope that this is helpful in your sentencing decision.

Sincerely,

*[signature]*

Michael Behringer