UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        11 Cr. 699 (DLC)
                                        :
            -v-                         :             ORDER
                                        :
JOSEPH F. SKOWRON III,                  :    USDC SDNY
                                        :    DOCUMENT
            Defendant.                  :    ELECTRONICALLY FILED
                                        :    DOC #:
----------------------------------------X    DATE FILED: 6/5/2012
DENISE COTE, District Judge:

    On April 19, 2012, a second amended judgment of conviction

("the April 19 Judgment") was entered against the defendant.

The April 19 Judgment includes a restitution order in the amount

of $10,247,853.49 to Morgan Stanley ("the Morgan Stanley

Restitution"), for the reasons set forth in a March 20 Opinion.

    On April 13, the defendant requested a stay of the Morgan

Stanley Restitution pending appeal.  On April 18, the Government

and Morgan Stanley advised the Court that the parties had agreed

to a stay of the Morgan Stanley Restitution pending appeal upon

the defendant's posting of a surety bond in the amount of the

Morgan Stanley Restitution plus interest.  By letter of May 30,

the parties advise that the defendant's surety bond has been

filed with and approved by the Clerk of Court.  Accordingly, it

is hereby

    ORDERED that that part of the April 19 Judgment ordering

Skowron to pay restitution to Morgan Stanley in the amount of

$10,247,853.49 is stayed pending the defendant's appeal of that portion of the April 19 Judgment.

SO ORDERED:

Dated:    New York, New York
          June 5, 2012

                              _____
                                    DENISE COTE
                              United States District Judge